IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00286-RPM

CINCINNATI INSURANCE COMPANY,
as subrogee of Landmark Towers Condominium Association, Inc.,

    Plaintiff,

vs.

SCHMIDT & STACY CONSULTING ENGINEERS, INC. and
TOTAL PLUMBING, INC., a/k/a TOTAL PLUMBING & HEATING,

    Defendants.

_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that a scheduling conference will be held on **July 10, 2014, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 11/11). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 2, 2014.** The conference is conducted with lead counsel present in person. No parties or representatives of parties will be permitted to attend. Initial disclosures under Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference. It is

FURTHER ORDERED that counsel for the plaintiff shall file a disclosure statement pursuant to Fed.R.Civ.P. 7.1.

DATED: May 21st, 2014

                          BY THE COURT:

                          s/Richard P. Matsch
                          _____
                          Richard P. Matsch, Senior Judge