**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00286-RPM

CINCINNATI INSURANCE COMPANY,
as subrogee of Landmark Towers Condominium
Association, Inc.,

      Plaintiff,

v.

SCHMIDT & STACY CONSULTING ENGINEERS, INC.
and TOTAL PLUMBING, INC., a/k/a TOTAL PLUMBING & HEATING,

      Defendants.
_____

**ORDER DENYING VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT
SCHMIDT & STACY CONSULTING ENGINEERS, INC.**
_____

      Today the plaintiff filed a motion to dismiss all claims against Defendant Schmidt & Stacy Consulting Engineers, Inc., without prejudice under Fed.R.Civ.P. 41.  The rule is not applicable because the defendant has appeared and participated in these proceedings.  Accordingly, under Rule 41(a)(1)(A)(ii), a stipulation of dismissal signed by all parties that have appeared is required.  Accordingly, it is

      ORDERED that dismissal is not granted.

      Dated: March 24th, 2015.

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge