**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00286-RPM

CINCINNATI INSURANCE COMPANY,
as subrogee of Landmark Towers Condominium
Association, Inc.,

      Plaintiff,

v.

SCHMIDT & STACY CONSULTING ENGINEERS, INC.
and TOTAL PLUMBING, INC., a/k/a TOTAL PLUMBING & HEATING,

      Defendants.
_____

**ORDER DISMISSING CLAIMS AGAINST DEFENDANT SCHMIDT & STACY
CONSULTING ENGINEERS, INC.**
_____

      Upon review of the Stipulation of Dismissal of Claims Against Defendant Schmidt & Stacy Consulting Engineers, Inc. [Doc. 19] , it is

      **ORDERED** that the claims against Schmidt & Stacy Consulting Engineers, Inc. are dismissed without prejudice, each party to bear their own attorney fees and costs.

      Dated: April 13th, 2015.

                                        BY THE COURT:

                                        s/Richard P. Matsch

                                        _____
                                        Richard P. Matsch, Senior District Judge