# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00286-RPM

CINCINNATI INSURANCE COMPANY,
as subrogee of Landmark Towers Condominium
Association, Inc.,

Plaintiff,

v.

SCHMIDT & STACY CONSULTING ENGINEERS, INC.
and TOTAL PLUMBING, INC., a/k/a TOTAL PLUMBING & HEATING,

Defendants.

---

## ORDER

---

This cause being heard upon stipulation of the parties, due notice having been given, the Court having jurisdiction over the parties, the subject matter and otherwise being advised, IT IS HEREBY ORDERED:

(1) The case of Cincinnati Insurance Company a/s/o Landmark Tower Condominium Association vs. Total Plumbing, Inc. a/k/a Total Plumbing & Heating, is dismissed with prejudice and without costs.

Dated: October 21st, 2015

BY THE COURT:

:                                  s/ Richard P. Matsch

_____
Richard P. Matsch, Senior Judge